IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00351-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     BRIAN BARFOED JENSEN,

        Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss Count 3 in the above-captioned case, and the Court having considered the same,

IT IS HEREBY ORDERED that Count 3 of the Indictment in the above-captioned case is dismissed for this defendant only.

SO ORDERED this 12th day of December, 2006.

                          BY THE COURT:

                          s/ Edward W. Nottingham
                          EDWARD W. NOTTINGHAM, JUDGE
                          UNITED STATES DISTRICT COURT
                          DISTRICT OF COLORADO